[No. 30551-8-II.   Division Two.   March 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN WAYNE VANDERKINTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01762-2, Kitty-Ann van Doorninck, J., entered June 27, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 30823-1-II.   Division Two.   March 22, 2005.]

DANIEL HEERMANN ET AL., *Appellants*, v. THE CITY OF WOODLAND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-2-00538-2, James J. Stonier, J., entered September 2, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31316-2-II.   Division Two.   March 22, 2005.]

PIRESHA MERITE FAMILY TRUST, *Appellant*, v. CONSECO FINANCE SERVICING CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-00662-4, M. Karlynn Haberly, J., entered January 20, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 22501-1-III.   Division Three.   March 22, 2005.]

*In the Matter of the Marriage of* SUSAN BLACK, *Respondent, and* JAMES BLACK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-3-01023-5, Michael E. Donohue, J., entered September 26, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.